UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CROP PROTECTION PRODUCTS LOYALTY
PROGRAM ANTITRUST LITIGATION                                     MDL No. 3062

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −3)**

On February 6, 2023, the Panel transferred 8 civil action(s) to the United States District Court for the Middle District of North Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.3d___ (J.P.M.L. 2023). Since that time, 10 additional action(s) have been transferred to the Middle District of North Carolina. With the consent of that court, all such actions have been assigned to the Honorable Thomas D. Schroeder.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of North Carolina and assigned to Judge Schroeder.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Middle District of North Carolina for the reasons stated in the order of February 6, 2023, and, with the consent of that court, assigned to the Honorable Thomas D. Schroeder.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of North Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 08, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Certified to be a true and correct copy of the original.
John S. Brubaker, Clerk
U.S. District Court
Middle District of North Carolina

By: _____
Deputy Clerk
Date: ___August 8, 2023___

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel

**IN RE: CROP PROTECTION PRODUCTS LOYALTY
PROGRAM ANTITRUST LITIGATION**  MDL No. 3062

### SCHEDULE CTO−3 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA EASTERN | | | |
| CAE | 1 | 23−01098 | Ott, et al. v. Syngenta Crop Protection AG, et al. |